UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| THOMAS J. KLUTHO, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  Case No. 4:20-cv-00672 |
| | ) |
| SOUTHWEST AIRLINES COMPANY, | ) |
| | ) |
|    Defendants. | ) |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

**Option 1**

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for ____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____.
_____

**Option 2**

In accordance with the Court's Order Referring Case to ADR,

☒     A final ADR conference was held on: **June 15, 2021**.

☒     All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

☐     The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.
_____

The ADR referral was concluded on __June 15, 2021__ and the parties [☒ did ☐ did not] achieve a settlement.
_____

**Option 3**

☐     Although this case was referred to ADR, a conference <u>WAS NOT HELD</u>.

July 7, 2021                        /s/ Bradley A. Winters
Date                                     Neutral