UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| THOMAS J. KLUTHO, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:20-CV-00672 |
| | ) |
| v. | ) |
| | ) |
| SOUTHWEST AIRLINES CO., | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Thomas J. Klutho and Defendant Southwest Airlines Co. and hereby stipulate to the dismissal of this action WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| SCHULTZ & ASSOCIATES LLP | THOMPSON COBURN LLP |
| By: /s/ Robert Schultz (with consent)<br>Robert Schultz, #35329<br>640 Cepi Drive, Suite A<br>Chesterfield, Missouri 63005<br>(636) 537-4645<br>FAX (636) 537-2599<br>rschultz@sl-lawyers.com<br><br>*ATTORNEYS FOR PLAINTIFF*<br>*THOMAS J. KLUTHO* | By: /s/ Christopher M. Hohn<br>Christopher M. Hohn, #44124MO<br>Benjamin I. Middleton, #70247MO<br>One US Bank Plaza<br>St. Louis, Missouri 63101<br>(314) 552-6000<br>FAX (314) 552-7000<br>chohn@thompsoncoburn.com<br>bmiddleton@thompsoncoburn.com<br><br>Nicole L. Williams, admitted pro hac vice<br>2100 Ross Avenue, Suite 600<br>Dallas, TX 75201<br>(972) 629-7100<br>nwilliams@thompsoncoburn.com<br><br>*ATTORNEYS FOR DEFENDANT*<br>*SOUTHWEST AIRLINES CO.* |

So Ordered
John A. Ross
8/30/2021

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on all counsel of record via the Court's electronic filing system this 27th day of August, 2021.

/s/ Christopher M. Hohn